

ORIGINAL

FILED

OCT 0 1 2007

1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VASQUEZ-RODRIGUEZ, | ) |
| Petitioner, | ) Cr. No.  06-0333  GT |
| v. | ) **ORDER** |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

15
16
17
18
19
20

        Defendant, Jose Vasquez-Rodriguez ("Mr. Vasquez"), filed an Objection to this Court's
Imposition of Supervised Release, which the Court assumes is a Motion to Modify his Sentence,
presumably pursuant to 28 U.S.C. § 2255.    For the reasons stated below, Mr. Vasquez's
Objection/Motion is **DENIED.**

21
22
23
24

        Mr. Vasquez correctly states that imposition of supervised release is not mandatory except
under certain conditions which are not applicable in his case. 18 U.S.C. § 3583(a). Under § 3583
the court must consider the relevant factors set forth in § 3553(a). Id.  However, Mr. Vasquez is
incorrect in asserting that the Court must hold a "additional sentencing hearing" to determine

25
26
27
28

1 whether or not supervised release is appropriate. Mr. Vasquez is also incorrect in arguing that the

2 term of supervised release is an "increased penalty." The Ninth Circuit has consistently held that

3 supervised release is part of the original sentence and not an increased penalty. <u>United States v.</u>

4 <u>Liero</u>, 298 F.3d 1175, 1178 (9th Cir. 2002). Since supervised release is part of the original sentence,

5 an additional sentencing hearing is not required.

6      Additionally, the Court at the time of sentencing considered all the relevant factors in

7 §3553(a) in determining Mr. Vasquez's term of imprisonment and term of supervised release.

8 Hence, the imposition of supervised release in Mr. Vasquez's case comported with the statutory

9 requirements. Accordingly,

10      **IT IS ORDERED** that Mr. Vasquez's Motion/Objection is **DENIED.**

11

12

13 <u>10-1-07</u>
   date

14                 GORDON THOMPSON, JR.
                United States District Judge

15

16 cc: AUSA Bruce Castetter

17

18

19

20

21

22

23

24

25

26

27

28

06cr0333